UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING,<br><br>Plaintiff,<br><br>v.<br><br>DARREN CYR,<br><br>Defendant. | No: 1:25-cv-00562-LEW<br><br>RE:<br>150 Reach Road, Presque Isle, ME 04769<br><br>Mortgage:<br>November 18, 2018<br>Book 5846, Page 51 |

## JUDGMENT OF FORECLOSURE AND SALE

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on September 22, 2026. Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, was present and represented by Reneau J. Longoria, Esq. Defendant, Darren Cyr, did not appear.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment is GRANTED. Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, and Count IV – Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendant or his/her heirs or assigns pay NewRez LLC d/b/a Shellpoint Mortgage Servicing ("NewRez") the amount adjudged due and owing

($120,916.63) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, NewRez shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $101,901.98 |
| Interest | $7,815.46 |
| Escrow Balance at Loan Transfer | ($1,315.26) |
| Late Charges | $104.20 |
| Insurance | $7,895.21 |
| Taxes | $9,298.92 |
| Corporate Advances | $7,669.83 |
| Credits | ($12,453.71) |
| Grand Total | $120,916.63 |

2. If the Defendant or his/her heirs or assigns do not pay NewRez the amount adjudged due and owing ($120,916.63) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, his/her remaining rights to possession of the Presque Isle Property shall terminate, and NewRez shall conduct a public sale of the Presque Isle Property in accordance with 14 M.R.S. § 6323, disbursing the proceeds first to itself in the amount of $120,916.63 after deducting the expenses of the sale, with any surplus to the Defendant or the heirs or assigns, in accordance with 14 M.R.S. § 6324. NewRez may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at trial.
3. In the event that the Defendant, or anyone else occupying the premises, does not vacate the property upon termination of his/her right to possession, NewRez may

reopen this matter to seek a Writ of Assistance and/or Writ of Possession to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a) consistent with this Judgment.

4. Pursuant to 14 M.R.S. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.
5. The amount due and owing is $120,916.63.
6. NewRez LLC d/b/a Shellpoint Mortgage Servicing has first priority, in the amount of $120,916.63, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendant who has second priority.
7. The prejudgment interest rate is 5.62500%, *see* 14 M.R.S. § 1602-B, and the post-judgment interest rate is 9.5%, pursuant to 14 M.R.S. § 1602-C (the one year United States Treasury bill rate is the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the last full week of the calendar year immediately prior to the year in which post-judgment interest begins to accrue December 2025, 3.5% plus 6% for a total post-judgment interest rate of 9.5%).
8. The following information is included in this Judgment pursuant to 14 M.R.S. § 2401(3):

| | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | NewRez LLC d/b/a<br>Shellpoint Mortgage<br>Servicing<br>55 Beattie Place<br>Suite 10<br>Mail Stop 005<br>Greenville, SC 29601 | Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria,<br>LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Darren Cyr<br>150 Reach Road<br>Presque Isle, ME 04769 | Pro Se/Defaulted |

a) The docket number of this case is No. 1:25-cv-00562-LEW.

b) The Defendant, the only party to these proceedings besides NewRez, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 150 Reach Road, Presque Isle, ME 04769, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 150 Reach Road, Presque Isle, ME 04769. The Mortgage was executed by the Defendant, Darren Cyr, on November 18, 2018. The book and page number of the Mortgage in the Aroostook County Registry of Deeds - Southern is Book 5846, Page 51.

e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 150 Reach Road, Presque Isle, ME 04769.

**SO ORDERED.**

Dated this 23rd day of September, 2026.

/s/ Lance E. Walker
Chief U.S. District Judge